IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDGAR QUINTERO GUTIERREZ,** | CIV S-06-0783 LKK GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **DERRAL ADAMS, Warden,** | |
| Respondent. | |

    Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before July 7, 2006.

Dated: 6/19/06

/s/ Gregory G. Hollows

_____
HONORABLE GREGORY G. HOLLOWS

guti0783.po

[Proposed] Order